IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Catala Jr, David | Case Number: 08 B 14205 |
|---|---|
| | Judge: Squires, John H |
| Printed: 01/29/09 | Filed: 6/3/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: October 1, 2008
Confirmed: August 27, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 10,265.00 | |
| Secured: | | 5,473.85 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,000.00 |
| Trustee Fee: | | 455.45 |
| Other Funds: | | 3,335.70 |
| Totals: | 10,265.00 | 10,265.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 1,000.00 | 1,000.00 |
| 2. | CitiFinancial Auto Credit Inc | Secured | 0.00 | 0.00 |
| 3. | JP Morgan Chase Bank | Secured | 702.00 | 702.00 |
| 4. | Chase Home Finance | Secured | 4,690.85 | 4,690.85 |
| 5. | World Financial Network Nat'l | Secured | 881.30 | 81.00 |
| 6. | Chase Home Finance | Secured | 15,543.41 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 9,091.57 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 14,866.17 | 0.00 |
| 9. | World Financial Network Nat'l | Unsecured | 207.40 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 5,645.76 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 9,193.97 | 0.00 |
| 12. | Alliant Credit Union | Unsecured | 8,119.31 | 0.00 |
| 13. | Cook County Treasurer | Secured | | No Claim Filed |
| 14. | Menards | Unsecured | | No Claim Filed |
| 15. | Chase | Unsecured | | No Claim Filed |
| 16. | Nicor Gas | Unsecured | | No Claim Filed |
| | | | $ 69,941.74 | $ 6,473.85 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 448.83 |
| 6.6% | 6.62 |
| | $ 455.45 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Catala Jr, David

Printed: 01/29/09

Case Number:  08 B 14205
Judge:  Squires, John H
Filed:  6/3/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

